■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES CAMPBELL, Appellant. [919 NYS2d 906]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Guzman, J.), rendered May 6, 2009, convicting him of assault in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the evidence was legally insufficient to establish his intent to cause the complainant

physical injury so as to support his conviction of assault in the second degree is unpreserved for appellate review (*see* CPL 470.05 [2]; *People v Hawkins*, 11 NY3d 484, 492 [2008]; *People v Gray*, 86 NY2d 10, 19 [1995]; *People v Serrano*, 74 AD3d 1104, 1105 [2010]). In any event, viewing the evidence in the light most favorable to the prosecution (*see People v Contes*, 60 NY2d 620 [1983]), we find that it was legally sufficient to establish beyond a reasonable doubt that the defendant intended to cause physical injury to the complainant and his guilt of assault in the second degree (*see People v Persaud*, 25 AD3d 626, 627 [2006]; *People v Hansen*, 267 AD2d 474 [1999]; *People v Cruz*, 257 AD2d 664 [1999]). Moreover, upon our independent review pursuant to CPL 470.15 (5), we are satisfied that the verdict of guilt was not against the weight of the evidence (*see People v Romero*, 7 NY3d 633 [2006]). Skelos, J.P., Eng, Austin and Cohen, JJ., concur.